UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MICAH EVERETT LOPEZ-LITTLE,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>Defendant. | Civil No. 3:23-CV-00509-CL<br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability benefits be REVERSED AND REMANDED to the Commissioner of Social Security for a new hearing and a new decision by an administrative

Page 1

law judge (ALJ). On remand, the ALJ will take any necessary action to complete the administrative record, offer Plaintiff a de novo hearing, and issue a new decision.

This case is remanded pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

IT IS SO ORDERED and DATED this 1st of August, 2023.

/s/ Mark D. Clarke
MARK D. CLARKE
United States Magistrate Judge